

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MARK BLAIR, | § | No. 08-19-00304-CV |
| Appellant, | § | Appeal from the |
| v. | § | 112th District Court |
| RITA GAIL BLAIR, | § | of Reagan County, Texas |
| Appellee. | § | (TC# 1870) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of prosecution. We therefore dismiss the appeal for want of prosecution. We further order Appellant pay all costs of this appeal, and this decision be certified below for observance.

IT IS SO ORDERED THIS 7TH DAY OF FEBRUARY, 2020.

GINA M. PALAFOX, Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.